


March 1, 2024

Dear Interfraternity and Panhellenic Association Member Organizations:

    The purpose of this letter is to inform you that the Office of Student Conduct and the Department of Fraternity & Sorority Life have reason to believe that multiple chapters within the Interfraternity Council (IFC) and Panhellenic Council (PHA) have been conducting activities that have threatened the safety and well-being of members of the University community.

    As stated during the emergency meeting of all Fraternity & Sorority Life Councils yesterday, you were notified that further allegations of misconduct may result in a cease and desist of activities for one or multiple councils. Despite that warning, additional incidents regarding fraternity and sorority organizations were reported today. Therefore, effective immediately, all IFC and PHA new member program activities are suspended indefinitely, pending the results of a thorough investigation. Additionally, all IFC and PHA organizations are on social moratorium indefinitely. Social moratorium prohibits the chapter from hosting any events, on or off-campus, where alcohol is present.

    This is a formal notification to chapter leadership that the current members of the organization are to have absolutely NO CONTACT with any new member or prospective new member. This directive means that every current member of the organization must not contact any new member or prospective new member via in-person, telephone, postal mail, any electronic means (including social media), or third-party communication. As chapter president, you are expected to communicate this information to your general body.

    New members/prospective new members will be notified of this by our office directly. Failure to abide by this directive will result in disciplinary action.

    We will be launching an investigation into this matter. Please note that communication with chapter leadership may be minimal, as we are mindful of the integrity of this investigation. Any attempts to coordinate responses, deceive investigators, or provide false information to University officials will be pursued for the appropriate disciplinary action. Once the investigation is complete, a decision will be made regarding the status of the IFC and PHA organizations and appropriate next steps. You may wish to review the Code of Student Conduct and the University's Hazing Policy.

    Failure to comply with this cease and desist directive may result in further group or individual sanctions through the Office of Student Conduct. We expect and appreciate your full compliance with this request and look forward to resolving this matter.

    You may contact us directly at (301) 314-8204 or the Department of Fraternity & Sorority Life at (301) 314-7172 with any questions. Also, feel free to email us directly, and we will provide details, if appropriate.

Sincerely,

*[signature: James C. McShay]*

James McShay, Ph.D.
Assistant Vice President
Interim Director of Fraternity and Sorority Life

*[signature: James Bond]*

James Bond, J.D.
Director of Student Conduct