



March 6, 2024

To all current and potential new members of Panhellenic Association and Interfraternity Council Chapters:

The Office of Student Conduct (OSC) and Department of Fraternity & Sorority Life (DFSL) recently sent out notifications to your Councils and Chapters restricting various activities, specifically new member activities and all social events involving alcohol. These restrictions should not be confused with a complete shutdown of all activities within your councils.

Based on a series of questions presented to our offices, we have drafted this letter to clarify the restrictions pertaining to communication and interactions between members of these organizations.

As was stated earlier, the *current* members of your organization are to have absolutely **NO CONTACT** with new members participating in the spring 2024 new member intake process regarding Greek-letter organization related activities. This directive means that no member of the chapter may contact any member of the spring 2024 new member class. New members should also not communicate with current members. The medium of prohibited contact is not limited, and includes contact via in-person, telephone, postal mail, and electronic means (including social media), or via third-party communications. Failure to abide by this directive will result in disciplinary action.

This no contact order is limited to communications regarding Greek-letter organization-related activities. The following communications do not apply to this restriction:

- Communications regarding UMD course-related work;
- Employment operations;
- Other UMD organizations and activities; and
- Functions not related to the Greek-letter organization

If new members and current members share an affiliation with, or membership in, another student organization or activity, they are permitted to communicate with each other about topics that are not related to their shared affiliation with the Greek-letter organization. Further,

individuals either in the spring 2024 new member class or potential new members are permitted to communicate with each other, but not with current members regarding the organization.

The purpose behind this restriction is to implement a pause on new member activities while the University completes its investigation into widespread allegations of health and safety infractions in organizations' new member intake processes, and to help effectuate a prompt and effective investigation into such allegations. It is critical that the University preserve the credibility of student responses during the investigatory process. In sum, a reasoned and equitable resolution can be reached most quickly when its participants operate with clarity and are forthcoming.

Recognizing this is a time of uncertainty and frustration for some, please be assured that the University intends to work swiftly to investigate the serious concerns which have been reported. We look forward to working with you in partnership to do that.

Finally and most importantly, we encourage all individuals to seek support from University and community resources as needed. We encourage you to contact the University's Counseling Center, Fraternity and Sorority Life, Office of Student Conduct, or Dean of Students' Office for assistance. We remain here to support you as we endeavor to prioritize the health and safety of our students.

Sincerely,

*[signature]*

James McShay, Ph.D.
Assistant Vice President
Interim Director of Fraternity and Sorority Life


*[signature: James Bond]*

James Bond, J.D.
Director of Student Conduct