**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

|                          |   |              |
|--------------------------|---|--------------|
| **Plaintiff,**           | * |              |
|                          | * |              |
| v.                       |   | **Case No.** _____ |
|                          | * |              |
| **Defendant.**           | * |              |

### NOTICE OF FILING OF DOCUMENT UNDER SEAL

**Check one.**

☐   Exhibit _____ which is an attachment to _____

_____

will be electronically filed under seal within 24 hours of the filing of this Notice.

☐   _____

(title of document)

will be electronically filed under seal within 24 hours of the filing of this Notice.

I certify that at the same time I am filing this Notice, I will serve copies of the document identified above by _____.

/s/ Kathryn J. Bradley

_____          _____
Date                                Signature

                                    _____
                                    Printed Name and Bar Number

                                    _____
                                    Address

                                    _____
                                    Email Address

                                    _____
                                    Telephone Number

                                    _____
                                    Fax Number