# EXHIBIT 11



March 15, 2024

Kappa Alpha Order Fraternity
Sent electronically to ██████ terpmail.umd.edu

Regarding Case Number: 2023183903

Dear ██████ Chapter President of Kappa Alpha Order Fraternity:

As you know, the University Maryland received concerning reports regarding unsafe practices at several IFC and PHA chapters, as a result of which the University conducted numerous interviews pertaining to these allegations. The Office of Student Conduct has received allegations in these interviews and from other complaints that your organization was involved in conduct that may have violated the University's *Code of Student Conduct*.

Specifically it is alleged that Kappa Alpha Order Fraternity has engaged in various physical/emotional hazing activities during the new member process in the Spring 2024 semester, including requiring tasks/errands of prospective new members, alcohol distribution to individuals under the legal drinking age, and high risk drinking behaviors. Please be advised that this type of behavior puts the health and safety of your organization's members at risk, as well as the members of the University community at large.

As a result of the foregoing, due to the concerns about the health and safety of chapter members, this notice shall also serve as a cease and desist order prohibiting Kappa Alpha Order Fraternity from continuing its new member education program at this time. Additionally, the chapter may not host social events where alcohol is present. The chapter may continue with other fraternity-related operations including philanthropy events and chapter meetings.

As the University continues to investigate these allegations, as chapter president, you are expected to contact the Office of Student Conduct at (301) 314-8204 by **March 25, 2024,** to schedule a preliminary interview.  Please note that although it is "Spring Break", the University will be open March 20-22 if you wish to schedule a meeting prior to March 25. The purpose of this meeting is to review the information we received, discuss pertinent procedures, and determine appropriate next steps, if necessary. Prior to the meeting, it is recommended that you review the *Code of Student Conduct* to familiarize yourself with the relevant university policies.

All scheduled meetings will take place virtually via Google Meet or Zoom.  A link will be provided to you upon scheduling your appointment.

We would also like to share two resources with you. The Student Legal Aid Office offers student assistance. The hyperlink has been provided for your convenience to schedule an appointment.

Additionally, the University Counseling Center is available to support you as well. If it would be helpful to speak with a professional counselor, please contact them at (301) 314-7651. After-hours crisis support phone services are available.If you have any questions or concerns regarding the student conduct process, please feel free to contact our office.

Sincerely,


James Bond
Director of Student Conduct