IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

| | |
|---|---|
| ALPHA PSI CHAPTER OF ) <br> THETA CHI FRATERNITY., et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> JAMES BOND, et al., ) <br> ) <br> Defendants. ) <br> ) | Case No. 8:24-cv-00753-DLB |

**NOTICE OF WITHDRAWAL OF PLAINTIFFS' MOTION
FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**

Plaintiffs, by counsel, submit this notice to inform the Court that, following the filing of Plaintiffs' Motion for a Temporary Restraining Order and Preliminary Injunction (the "Motion") (Dkt. 2), Defendants rescinded their system-wide restrictions imposed on all Interfraterninty Council and Panhellenic Association organizations at the University of Maryland College Park for which Plaintiffs sought preliminary injunctive relief. Plaintiffs therefore hereby withdraw their Motion as moot, and respectfully submit that the hearing scheduled on the Motion may be cancelled.

Dated: March 15, 2024                    Respectfully submitted,

/s/Alfred D. Carry                       /s/Micah E. Kamrass
Alfred D. Carry (#20711)                 Micah E. Kamrass (admitted pro hac vice)
McGlinchey Stafford PLLC                 Manley Burke LPA
1275 Pennsylvania Avenue NW, Suite 420   Cincinnati, OH 45202
Washington, DC 20004                     Tel: (513) 721-5525
Tel: (202) 802-9951                      mkamrass@manleyburke.com
Fax: (202) 318-1084                      Ohio Bar #0092756
acarry@mcglinchey.com

*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing was electronically filed in this case with the clerk of the court and served on this 13th day of March, 2024 through the Court's CM/ECF system, which will send notification of this filing to all counsel of record.

      /s/Alfred D. Carry
      Alfred D. Carry
      *Counsel for Plaintiffs*