IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| ALPHA PSI CHAPTER OF THETA CHI FRATERNITY, *et al.* <br><br> *Plaintiffs*, <br><br> v. <br><br> JAMES BOND, *et al.* <br><br> *Defendants*. | * <br> * <br> *    No. 8:24-cv-00753-DLB <br> * <br> * <br> * |

\* \* \* \* \* \* \* \* \* \* \* \*

| | |
|---|---|
| GAMMA MU CHAPTER OF KAPPA ALPHA THETA FRATERNITY, *et al.* <br><br> *Plaintiffs*, <br><br> v. <br><br> JAMES BOND, *et al.* <br><br> *Defendants*. | * <br> * <br> * <br> *    No. 8:24-cv-00992-DLB <br> * <br> * |

\* \* \* \* \* \* \* \* \* \* \* \*

**ORDER**

Upon consideration of Defendants' Unopposed Motion to Consolidate, and good cause appearing therefor, it is hereby, this 3rd day of July, 2024, **ORDERED**:

That Defendants' Motion is hereby GRANTED. Case Nos. DLB-24-753 and DLB-24-992 are consolidated under DLB-24-753. All future filings shall be in DLB-24-753.

 

_____
The Honorable Deborah L. Boardman
United States District Judge