**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

**ALPHA PSI CHAPTER OF THETA CHI FRATERNITY, *et al.*,** *

**Plaintiffs,** *

**v.** * **Civ. No. DLB-24-00753**

**JAMES BOND, *et al.*,** *

**Defendants.** *

* * * * * * * * * * * *

**GAMMA MU CHAPTER OF KAPPA ALPHA THETA FRATERNITY, *et al.*,** *

**Plaintiffs,** *

**v.** * **Civ. No. DLB-24-00992**

**JAMES BOND, *et al.*,** *

**Defendants.**

**ORDER**

For the reasons stated in the memorandum opinion issued today, it is this 31st day of March, 2025, hereby ORDERED:

1. The defendants' motion to dismiss in DLB-24-753, ECF 40, is GRANTED;

2. The defendants' motion to dismiss in DLB-24-992, ECF 21, is GRANTED;

3. The complaint in DLB-24-753 is DISMISSED without prejudice;

4. The complaint is DLB-24-992 is DISMISSED without prejudice; and

5. The Clerk SHALL CLOSE both cases, DLB-24-753 and DLB-24-992.

Deborah L. Boardman
United States District Judge